UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILEAD SCIENCES, INC, *et al.*,<br><br>        Plaintiffs,<br><br>  - against -<br><br>PETER KHAIM, *et al.*,<br><br>        Defendants. | No. 24-cv-04259-NCM-JAM<br><br>**ORDER DIRECTING PRISON TO PRODUCE PETER KHAIM FOR SETTLEMENT CONFERENCE** |

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

  **WHEREAS**, this Court has scheduled a settlement conference to take place in the above action on April 1, 2025 at 10:30 a.m.; and

  **WHEREAS**, Peter Khaim is a defendant in this action and currently incarcerated at FCI Fort Dix;

  **IT IS HEREBY ORDERED** that the Warden or other official in charge of FCI Fort Dix, produce the inmate Peter Khaim, a/k/a Peter Khaimov, Register Number 23117-509, at a location within the facility for the purpose of joining the settlement conference remotely on April 1, 2025 at 10:30 a.m., and for so long thereafter as the settlement conference occurs, and that Mr. Khaim shall appear in such a place as designated by the Warden or other official in charge of FCI Fort Dix, so that he may participate in the settlement conference. The inmate shall call (646) 828-7666 and enter Meeting ID: 161 923 5220; Passcode: 430811 to join the conference. FCI Fort Dix shall also ensure that Mr. Khaim has the necessary means (either access to telephone or videoconference) to join the conference remotely.

Dated: Brooklyn, New York
   March 12   , 2025

                     SO ORDERED:


                     *s/ Joseph A. Marutollo*
                     JOSEPH A. MARUTOLLO
                     United States Magistrate Judge