

www.pbwt.com

June 27, 2025

**By ECF**

Timothy A. Waters
Partner
(212) 336-7601
twaters@pbwt.com

Hon. Joseph A. Marutollo, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** *Gilead, et al. v. Peter Khaim, et al.*, **No. 24-cv-4259 (NCM) (JAM)**

Dear Judge Marutollo:

Plaintiffs ("Gilead") write pursuant to Your Honor's June 17, 2025 order to provide an update on Gilead's settlements with the two remaining non-defaulted Defendants in this action, Akbar Grant and Jonathan Gavrielof. Gilead's settlement efforts have made substantial progress.

Gilead and Mr. Grant have reached agreement on the terms of a settlement, and the parties are finalizing a written agreement, including a proposed consent judgment and permanent injunction.

Gilead has also communicated a settlement offer to Mr. Gavrielof, who is presently incarcerated and *pro se*. Gilead has mailed a copy of a proposed settlement agreement to Gavrielof both at his home address and at his current place of incarceration. Gilead has also coordinated with Mr. Gavrielof's criminal counsel (and former counsel of record in this case), who has agreed to attempt to facilitate settlement communications.

As Gilead has noted previously, in connection with Mr. Gavrielof's criminal action, Gilead has already received a restitution award against Mr. Gavrielof of approximately $5.7 million. ECF No. 218 at 8. Gilead remains optimistic that the existence of that restitution award will facilitate a prompt and amicable settlement of this civil action. That said, the logistics of communicating with Mr. Gavrielof while he is incarcerated renders the timetable for settlement discussions uncertain. Gilead will continue to push settlement discussions forward in good faith.

In light of the above, Gilead respectfully requests that Your Honor provide Gilead until July 18, 2025,[1] to file its next update with regard to its settlement efforts. Gilead anticipates that by that date it will have finalized settlement with Mr. Grant and filed a proposed consent judgment. Absent unexpected roadblocks in communicating with Mr. Gavrielov, Gilead hopes to have finalized or come close to finalizing a settlement with Mr. Gavrielov by that time as well.

---

[1] Gilead seeks a three-week deadline because Gilead's entire campus is closed the week of June 30 for a company-wide summer holiday, which will impact the ability to finalize and obtain signatures on settlement documents.

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222

Hon. Joseph A. Marutollo
June 27, 2025
Page 2

                                               Respectfully submitted,

                                               */s/ Timothy A. Waters*

                                               Timothy A. Waters

cc: All counsel of record (via ECF)