UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

GILEAD SCIENCES, INC., *et al.*,           :     No. 24-cv-4259 (NCM) (RER)

                                          :

                      Plaintiffs,     :     **PLAINTIFFS' NOTICE OF**

                                          :     **MOTION FOR DEFAULT**

v.                                   :     **JUDGMENT**

                                          :

PETER KHAIM, *et al.*,                :

                                          :

                      Defendants.     :

------------------------------------------------------------- x

PLEASE TAKE NOTICE that Plaintiffs Gilead Sciences Inc., Gilead Sciences LLC, and Gilead Sciences Ireland UC (together, "Gilead"), by and through their undersigned counsel, hereby move this Court for default judgment damages and a permanent injunction against the following defendants: Ivan Ohar; Boris Aminov, Antonio Payano, Rachel Aminov; Bless You Rx Inc.; Christy Corvalan; Island Pharmacy & Discount Corp.; David Fernandez; Dezyre Baez; Crystal Medina, Galaxy Rx Inc.; Dynamic Pharmaceuticals Supply, Inc.; Dynamic Pharmaceutical Suply Inc.; Northwest Pharmaceutical & Medical Supply Inc.; J&M Medical Supply Inc.; JFK Wholesale And Retail Medical Supply Corp.; Merric Billing Inc.; New Line Of Pharmaceutical, Inc.; Onliner Marketing Corp.; Park Avenue Pharmaceutical Corp.; Pharmaceutical Way, Inc.; Foster Media Group, Inc.; Foster Media Pharmaceutical Supply Corp.; Y&S Statistic Medical Supply Inc.; Y&S Statistic Medical Suply Inc.; and Pure Gear Consulting, Inc.

A memorandum of law and supporting declarations and exhibits are filed concurrently with this motion and incorporated herein.  A proposed order setting forth the scope of Gilead's requested permanent injunction is attached hereto.

Dated:     New York, New York
           August 1, 2025

                                        Respectfully submitted,

                                        PATTERSON BELKNAP WEBB & TYLER LLP

                                        By:  _/s/ Timothy A. Waters_
                                             Geoffrey Potter
                                             Timothy A. Waters
                                             Thomas P. Kurland
                                             Maxwell K. Weiss
                                        1133 Avenue of the Americas
                                        New York, NY 10036-6710
                                        T:  212-336-2000
                                        E:  gpotter@pbwt.com
                                             twaters@pbwt.com
                                             tkurland@pbwt.com
                                             maweiss@pbwt.com


                                        *Attorneys for Plaintiffs Gilead Sciences, Inc., et al.*