**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
GILEAD SCIENCES, INC., et al.,                   :
                                                 :
                              Plaintiffs,         :        Case No. 24-cv-4259 (NCM) (JAM)
                                                 :
v.                                               :
                                                 :
PETER KHAIM, et al.,                             :
                                                 :
                              Defendants.        :
                                                 :
----------------------------------------------------------------- x
```

## DECLARATION OF TIMOTHY ALAN WATERS

TIMOTHY ALAN WATERS, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (collectively, "Gilead").

2.      I make this declaration in support of Gilead's motion for default judgment.[1]

3.      Pursuant to Local Civil Rule 55.2, I certify that the Clerk of Court has entered a certificate of default against each of the Defaulted Defendants.  *See* ECF No. 131.

4.      Pursuant to Local Civil Rule 55.2, I further certify that to the best of my knowledge none of the Defaulted Defendants is in military service, and so the provisions of the

---

[1] The Defaulted Defendants are Ivan Ohar; Boris Aminov, Antonio Payano, Rachel Aminov; Bless You Rx Inc.; Christy Corvalan; Island Pharmacy & Discount Corp.; David Fernandez; Dezyre Baez; Crystal Medina, Galaxy Rx Inc.; Dynamic Pharmaceuticals Supply, Inc.; Dynamic Pharmaceutical Suply Inc.; Northwest Pharmaceutical & Medical Supply Inc.; J&M Medical Supply Inc.; JFK Wholesale And Retail Medical Supply Corp.; Merric Billing Inc.; New Line Of Pharmaceutical, Inc.; Onliner Marketing Corp.; Park Avenue Pharmaceutical Corp.; Pharmaceutical Way, Inc.; Foster Media Group, Inc.; Foster Media Pharmaceutical Supply Corp.; Y&S Statistic Medical Supply Inc.; Y&S Statistic Medical Suply Inc.; and Pure Gear Consulting, Inc.

Servicemembers Civil Relief Act, 50 U.S.C. § 521 do not apply.  I further certify that to the best

of my knowledge, none of the Defaulted Defendants is a minor or incompetent person.

5.      I attach hereto true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No. 88, Superseding Indictment, (Oct. 20, 2023) |
| 2 | Expert Report of Dr. Gregroy K. Bell (Apr. 14, 2025) and Exhibits (<u>Filed Under Seal</u>) |
| 3 | *Gilead Sciences, Inc. v. Safe Chain Solutions, LLC*, 21-cv-4106 (E.D.N.Y.), ECF No. 8, Declaration of Susmitha Sunkara (July 21, 2021) |
| 4 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No. 431, Declaration of Harpreet Dhanota (Jan. 24, 2025) |
| 5 | Authorized Distributor Agreement between AmerisourceBergen and Gilead Sciences Inc. (<u>Filed Under Seal</u>) |
| 6 | Authorized Distributor Agreement between Cardinal Health and Gilead Sciences Inc. (<u>Filed Under Seal</u>) |
| 7 | Authorized Distributor Agreement between McKesson and Gilead Sciences Inc. (<u>Filed Under Seal</u>) |
| 8 | *Gilead Sciences, Inc. v. Safe Chain Solutions, LLC*, 21-cv-4106 (E.D.N.Y.), Excerpted Deposition Transcript of Harpreet Dhanota (Dec. 20, 2023) (<u>Filed Under Seal</u>) |
| 9 | *Gilead Sciences, Inc. v. Safe Chain Solutions, LLC*, 21-cv-4106 (E.D.N.Y.), Declaration of John Jorden (Sept. 17, 2024) (<u>Filed Under Seal</u>) |
| 10 | Gilead's 2020 Form 10-K |
| 11 | Gilead's 2021 Form 10-K |
| 12 | Gilead's 2022 Form 10-K |
| 13 | Gilead's 2023 Form 10-K |

| Exhibit No. | Description |
|---|---|
| 14 | Third Party Production of Transactions on MatchRx.com (<u>Filed Under Seal</u>) |
| 15 | Third Party Production of Transactions on Rxeed.com (<u>Filed Under Seal</u>) |
| 16 | Third Party Production of Transactions on RxWorld.com (<u>Filed Under Seal</u>) |
| 17 | Third Party Production of Transactions on EzriRx.com (<u>Filed Under Seal</u>) |
| 18 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No. 209, Government's Sentencing Submission (Apr. 10, 2024) |
| 19 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No. 430, Gilead's Memorandum of Law in Support of Motion for Restitution (Jan. 24, 2025) |
| 20 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No. 446, Additional Order of Restitution for Roman Shamalov (Mar. 3, 2025) |
| 21 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No. 360, Antonio Payano Sentencing Submission (Nov. 5, 2025) |
| 22 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No 218, Boris Aminov Judgment (Apr. 17, 2024) |
| 23 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No 450, Antonio Payano Judgment (Mar. 4, 2025) |
| 24 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No. 263, Antonio Payano Plea Transcript (July 22, 2024) |
| 25 | NPI Registry: River Chemists Corp. D/B/A D.J. Drugs |
| 26 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No. 265, Transcript of Corvalan Plea (July 22, 2024) |
| 27 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No 450, Christy Corvalan Judgment (Dec. 3, 2024) |
| 28 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No 450, Christy Corvalan Amended Judgment (Mar. 4, 2024) |

| Exhibit No. | Description |
|---|---|
| 29 | *United States v. Aminov, et al.*, 23-cr-110 (E.D.N.Y.), ECF No 466, Government's Sentencing Submission as to Irina Polvanova (Apr. 9, 2025) |
| 30 | Natalie Rafailov Deposition Ex. 1 |
| 31 | Natalie Rafailov Deposition Ex. 3 |
| 32 | Best Scripts Checks (2/2) (Filed Under Seal) |
| 33 | Best Scripts LLC Checks (2/2) (Filed Under Seal) |
| 34 | Laconia Avenue Pharmacy Bank Records (Filed Under Seal) |
| 35 | Island Pharmacy Bank Records (Filed Under Seal) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 1, 2025

    */s/ Timothy A. Waters*
TIMOTHY A. WATERS