UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GILEAD SCIENCES INC., *et al.*,      :
                                           :  Case No. 24-cv-4259 (NCM) (JAM)
            Plaintiffs,  :
                                           :
v.      :  **ORDER DIRECTING FCI**
                                           :  **OTISVILLE TO PRODUCE**
PETER KHAIM, *et al.*,      :  **JONATHAN GAVRIELOF FOR**
                                           :  **STATUS CONFERENCE**
            Defendants.  :
-------------------------------------------------------------x

       WHEREAS, this Court has scheduled a telephonic status conference to take place in the above-captioned civil action on October 3, 2025 at 2:00 p.m. Eastern time;

       WHEREAS, Jonathan Gavrielof is a defendant in this action and is currently incarcerated at FCI Otisville, assigned BOP Register Number 10595-506;

       IT IS HEREBY ORDERED that the Warden or other official in charge of FCI Otisville produce the inmate Jonathan Gavrielof, at a location within the facility for the purpose of joining the status conference telephonically on **October 3, 2025 at 2:00 p.m. Eastern time**, and for so long thereafter as the status conference occurs, and that Mr. Gavrielof shall appear in such a place as designated by the Warden or other official in charge of FCI Otisville, so that he may participate in the status conference telephonically. The Warden or other official shall also ensure that Mr. Gavrielof has the necessary access to a telephone to join the conference. To join the conference, **Mr. Gavrielof shall call (646) 828-7666 and enter Meeting ID: 160 988 6832; Passcode: 567257.**

DATED:      Brooklyn, New York
                September 19, 2025

                                                      SO ORDERED:

                                                      *Joseph A. Marutollo*
                                                      JOSEPH A. MARUTOLLO
                                                      United States Magistrate Judge