# Exhibit 54

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 24-CV-4259                                      Date Filed: 6/17/2024

Plaintiff: **Gilead Sciences, Inc., et al.**
vs.
Defendant: **Peter Khaim, et al.**

**State of New York, County of Albany)ss.:**

For:
Patterson Belknap Webb & Tyler LLP
1133 Avenue Of The Americas
New York, NY 10036

Received these papers to be served on **J&M Medical Supply Inc s/h/a J&M Medical Supply Inc..**

I, Patricia Burke, being duly sworn, depose and say that on the **28th day of June, 2024 at 3:15 pm, I:**

served **J&M Medical Supply Inc s/h/a J&M Medical Supply Inc.** by delivering two true copies of the **Index to June 2024 Service Package, Civil Cover Sheet, Sealing Cover Sheet, Attorney Appearance of Counsel, Summons in a Civil Action, Complaint and Jury Demand with Exhibit A, Ex Parte Motions for Seizure Order, Temporary Restraining Order, Expedited Discovery Order, Asset Freeze Order, and Order to Show Cause for a Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Motions for Ex Parte Seizure Order, Temporary Restraining Order, Asset Freeze Order, Expedited Discovery Order, and Order to Show Cause for a Preliminary Injunction, Seizure Order, Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction, Asset Freeze Order, Minute Entry for Ex Parte Hearing, Plaintiffs' Ex Parte Motion to Seal Pursuant to 15 U.S.C. § 1116 and Supporting Memorandum of Law, So Ordered Sealing Order, Declaration of Geoffrey Potter and Exhibits, Declaration of Susmitha Sunkara with Exhibits, Declaration of Sarah Miller, Declaration of Patrick McAllister and Declaration of Meaghan Fitzgerald pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00 to Nancy Dougherty as Business Document Specialist** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action. I declare under the penalty of perjury that this information is true.

_____
**Patricia Burke**

Subscribed and Sworn to before me on the 2nd day of July, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Our Job Serial Number: SRN-2024003660
Ref: 1487030

JOANNE SPORTMAN
Notary Public, State of New York
Qualified in Albany County
No. 01SP4527104
Commission Expires: 1/31/2027

Copyright © 1992-2024 DreamBuilt Software, Inc - Process Server's Toolbox V9 0a