UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GILEAD SCIENCES, INC., GILEAD SCIENCES IRELAND UC, and GILEAD SCIENCES LLC,

*Plaintiffs*,

– against –

PETER KHAIM, *et al.*,

*Defendants*.

**ORDER**
24-cv-04259 (NCM) (LKE)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation dated October 26, 2026, from the Honorable Joseph A. Marutollo, United States Magistrate Judge. ECF Nos. 269 (sealed version), 272 (redacted version). No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiffs' motion for default judgment is granted. Judgment is to be entered against the defaulting defendants as follows:

1. judgment be entered against Boris Aminov and Antonio Payano, jointly and severally, in the amount of $10,114,995.00;
2. judgment be entered against Rachel Aminov, Bless You Rx, Boris Aminov and Antonio Payano, jointly and severally, in the amount of $7,587,564.00;
3. judgment be entered against Christy Corvalan, Island Pharmacy, David Fernandez, Dezyre Baez, Crystal Medina, Boris Aminov, and Antonio Payano, jointly and severally, in the amount of $22,690,293.00;
4. judgment be entered against Galaxy Rx, Boris Aminov, and Antonio Payano, jointly and severally, in the amount of $7,851,423.00;
5. judgment be entered against Ivan Ohar in the amount of $1,190,976.39;
6. judgment be entered against Dynamic Pharmaceuticals Supply Inc. in the amount of $1,420,597.53;
7. judgment be entered against Foster Media Group Inc. in the amount of $1,377,117.96;
8. judgment be entered against Foster Media Pharmaceutical Supply Corp. in the amount of $1,449,904.47;
9. judgment be entered against J&M Medical Supply Inc. in the amount of $1,634,197.59;
10. judgment be entered against JFK Wholesale & Retail Medical Supply Corp. in the amount of $1,515,341.19;
11. judgment be entered against Merric Billing Inc. in the amount of $1,668,913.86;

12. judgment be entered against New Line of Pharmaceutical, Inc. in the amount of $1,429,379.46;
13. judgment be entered against Northwest Pharmaceutical & Medical Supply Inc. in the amount of $1,673,314.59;
14. judgment be entered against Onliner Marketing Corp. in the amount of $1,598,378.10;
15. judgment be entered against Park Avenue Pharmaceutical Corp. in the amount of $1,469,935.56;
16. judgment be entered against Pharmaceutical Way, Inc. in the amount of $1,523,420.22;
17. judgment be entered against Pure Gear Consulting Inc. in the amount of $1,529,639.94;
18. judgment be entered against Y&S Statistic Medical Supply Inc. in the amount of $1,492,934.55;
19. no damages be awarded against "Dynamic Pharmaceutical Suply Inc." and "Y&S Statistic Medical Suply Inc.";
20. pre-judgment interest be denied;
21. post-judgment interest be awarded at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment;
22. no attorneys' fees or costs be awarded; and
23. entry of a permanent injunction against the defaulting defendants:
    a. Ivan Ohar;

b. Boris Aminov;

c. Antonio Payano;

d. Rachel Aminov;

e. Bless You Rx Inc.;

f. Christy Corvalan;

g. Island Pharmacy & Discount Corp.;

h. David Fernandez;

i. Dezyre Baez;

j. Crystal Medina;

k. Galaxy Rx Inc.;

l. Dynamic Pharmaceuticals Supply, Inc.;

m. "Dynamic Pharmaceutical Suply Inc.";

n. Northwest Pharmaceutical & Medical Supply Inc.;

o. J&M Medical Supply Inc.;

p. JFK Wholesale and Retail Medical Supply Corp.;

q. Merric Billing Inc.;

r. New Line of Pharmaceutical, Inc.;

s. Onliner Marketing Corp.;

t. Park Avenue Pharmaceutical Corp.;

u. Pharmaceutical Way, Inc.;

v. Foster Media Group, Inc.;

w. Foster Media Pharmaceutical Supply Corp.;

x. "Y&S Statistic Medical Suply Inc.";

y. Y&S Statistic Medical Supply Inc.; and

z. Pure Gear Consulting, Inc.

Plaintiffs shall serve a copy of this Order by first-class mail and overnight mail on the defaulting defendants and file proof of service by November 20, 2026.

**SO ORDERED.**

/s/ *Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: November 13, 2026
Brooklyn, New York