UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GILEAD SCIENCES, INC., GILEAD SCIENCES IRELAND UC, and GILEAD SCIENCES LLC,

Plaintiffs,

v.

PETER KHAIM, et al.,

Defendants.
-------------------------------------------------------X

JUDGMENT

24-cv-04259 (NCM) (LKE)

An Order of the Honorable Natasha C. Merle, United States District Judge, having been filed on November 13, 2026, adopting the Report and Recommendation of Magistrate Lara K. Eshkenazi, dated October 26, 2026, granting plaintiffs' motion for default judgment; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs and against the Defaulting Defendants as follows:

1. judgment is entered against Boris Aminov and Antonio Payano, jointly and severally, in the amount of $10,114,995.00;

2. judgment is entered against Rachel Aminov, Bless You Rx, Boris Aminov and Antonio Payano, jointly and severally, in the amount of $7,587,564.00;

3. judgment is entered against Christy Corvalan, Island Pharmacy, David Fernandez, Dezyre Baez, Crystal Medina, Boris Aminov, and Antonio Payano, jointly and severally, in the amount of $22,690,293.00;

4. judgment is entered against Galaxy Rx, Boris Aminov, and Antonio Payano, jointly and severally, in the amount of $7,851,423.00;

5. judgment is entered against Ivan Ohar in the amount of $1,190,976.39;

6. judgment is entered against Dynamic Pharmaceuticals Supply Inc. in the amount of $1,420,597.53;

7. judgment is entered against Foster Media Group Inc. in the amount of $1,377,117.96;

8. judgment is entered against Foster Media Pharmaceutical Supply Corp. in the amount of $1,449,904.47;

9. judgment is entered against J&M Medical Supply Inc. in the amount of $1,634,197.59;

10. judgment is entered against JFK Wholesale & Retail Medical Supply Corp. in the amount of $1,515,341.19;

11. judgment is entered against Merric Billing Inc. in the amount of $1,668,913.86;

12. judgment is entered against New Line of Pharmaceutical, Inc. in the amount of $1,429,379.46;

13. judgment is entered against Northwest Pharmaceutical & Medical Supply Inc. in the amount of $1,673,314.59;

14. judgment is entered against Onliner Marketing Corp. in the amount of $1,598,378.10;

15. judgment is entered against Park Avenue Pharmaceutical Corp. in the amount of $1,469,935.56;

16. judgment is entered against Pharmaceutical Way, Inc. in the amount of $1,523,420.22;

17. judgment is entered against Pure Gear Consulting Inc. in the amount of $1,529,639.94;

18. judgment is entered against Y&S Statistic Medical Supply Inc. in the amount of $1,492,934.55;

19. no damages is awarded against "Dynamic Pharmaceutical Suply Inc." and "Y&S Statistic Medical Suply Inc.";

20. pre-judgment interest is denied;

21. post-judgment interest is awarded at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment;

22. no attorneys' fees or costs are awarded; and

23. entry of a permanent injunction against the defaulting defendants:

a. Ivan Ohar;

b. Boris Aminov;

c. Antonio Payano;

d. Rachel Aminov;

e. Bless You Rx Inc.;

f. Christy Corvalan;

g. Island Pharmacy & Discount Corp.;

h. David Fernandez;

i. Dezyre Baez;

j. Crystal Medina;

k. Galaxy Rx Inc.;

l. Dynamic Pharmaceuticals Supply, Inc.;

m. "Dynamic Pharmaceutical Suply Inc.";

n. Northwest Pharmaceutical & Medical Supply Inc.;

o. J&M Medical Supply Inc.;

p. JFK Wholesale and Retail Medical Supply Corp.;

q. Merric Billing Inc.;

r. New Line of Pharmaceutical, Inc.;

s. Onliner Marketing Corp.;

t. Park Avenue Pharmaceutical Corp.;

u. Pharmaceutical Way, Inc.;

v. Foster Media Group, Inc.;

w. Foster Media Pharmaceutical Supply Corp.;

x. "Y&S Statistic Medical Suply Inc.";

y. Y&S Statistic Medical Supply Inc.; and

z. Pure Gear Consulting, Inc.

Dated: Brooklyn, New York
November 13, 2026

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk